CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Zachary Willoughby
PLAINTIFF

3506 center st NW
Address (No Post Office Boxes)

Washington    DC    20010
City          State    Zip Code

VS.

District of Columbia
DEFENDANT

1350 Pennsylvania Ave
Address (No Post Office Boxes)

Washington    DC    20004
City          State    Zip Code

Case: 1:23-cv-00594 JURY DEMAND
Assigned To : Walton, Reggie B.
Assign. Date : 03/03/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: ☒ Yes  ☐ No

## COMPLAINT

MPD) Miguel Orellana - violation 1st 2nd 4th amendments
MPD) Senior Officer - reckless endangerment
4th district - tampering with evidence (tamper w/ BWC footage)
Judge Renee Raymond - violation 6th amendment
MPD) Arthur Vazquez - false testimony / purgury
Kevin Oliver - obstruction of justice
Brian Bookhard - obstruction of justice
all above - conspiracy to destroy govt property (I am a US soldier)
all crimes to be considered hate crimes
   SEE DC superior court case 2022-4036

RECEIVED
MAR - 3 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Rev: 01/10/2023
*Use additional pages as needed

Original Signature (in pen)
Zachary F Willoughby
Name (if applicable, Prisoner ID No.)
3506 center st NW
Address or Facility Address
Washington    DC    20010
City          State    Zip Code