**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZACHARY WILLOUGHBY,       ) | |
|       ) | |
|     Plaintiff,      ) | |
|       ) | Civil Action No. 23-594 (RBW) |
| v.      ) | |
|       ) | |
| DISTRICT OF COLUMBIA,      ) | |
|       ) | |
|     Defendant.      ) | |
|       ) | |

## <u>ORDER</u>

In accordance with the oral rulings issued by the Court at the motion hearing held on January 17, 2024, via teleconference, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.  It is further

**ORDERED** that this case is **CLOSED**.  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the plaintiff's address on record.

**SO ORDERED** this 17th day of January, 2024.


REGGIE B. WALTON
United States District Judge